UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA LAHAIE, #500619,

    Plaintiff,

Case No. 13-10250

Honorable Nancy G. Edmunds

v.

JODI DEANGELO,

    Defendant.
                              /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [14]

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation [14]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and Plaintiff's objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is FURTHER ORDERED that Defendant's motion for summary judgment [11] is GRANTED, and Plaintiff's complaint is DISMISSED.

    SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: December 23, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 23, 2013, by electronic and/or ordinary mail.

                              s/Johnetta M. Curry-Williams
                              Case Manager
                              Acting in the Absence of Carol Hemeyer